**Bernard MCFADDEN, Plaintiff— Appellant,**

v.

**Desiree R. ALLEN, Court Services Manager; Margaret T. Sullivan, Official Court Reporter for Sumter County Court of General Sessions in their individual or personal and official capacities, Defendants—Appellees.**

No. 05–7952.

United States Court of Appeals, Fourth Circuit.

Submitted: July 21, 2006.

Decided: Aug. 4, 2006.

Bernard McFadden, Appellant Pro Se.

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bernard McFadden appeals the district court's order adopting the recommendation of the magistrate judge and denying relief without prejudice on his 42 U.S.C. § 1983 (2000) action. We have reviewed the record and find no reversible error. Accordingly, we affirm the order of the district court on the basis that this action is precluded by *Heck v. Humphrey,* 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*